C. Brooks Cutter, SBN 121407
KERSHAW CUTTER & RATINOFF LLP
980 9th Street, 19th Floor
Sacramento, California 95814
Telephone:  (916) 448-9800
Facsimile:  (916) 669-4499

Mark L. Brown
THE LAKIN LAW FIRM
300 Evans Avenue
P.O. Box 229
Wood River, IL  62095
Telephone:  (618) 254-1127
Facsimile:  (618) 254-0193

Attorney for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KELLY CASTILLO, NICHOLE BROWN, and BARBARA GLISSON, *Individually and on behalf of all others similarly situated*,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>GENERAL MOTORS CORPORATION, DOES 1 through 50, inclusive,<br><br>　　　　Defendants. | CASE NO. 2:07-CV-02142-WBS-GGH<br><br>**MOTION FOR EXTENSION OF TIME TO COMPLY WITH COURT'S 10/10/07 ORDER SETTING CASE SCHEDULING CONFERENCE AND ~~PROPOSED~~ ORDER** |

Because Defendant has not yet been served and Defendant's counsel has not yet entered an appearance or otherwise been identified, Plaintiffs respectfully request an extension of time in which to comply with the Court's October 10, 2007 Order requiring that counsel for the parties confer by today's date regarding a proposed scheduling order.  In support of this Motion, Plaintiffs state:

-1-

1. Plaintiffs' Complaint was filed on October 10, 2007.

2. On the same day, the Court issued its Order setting an Initial Status (pretrial scheduling) conference for December 12, 2007 and ordering counsel for the parties to confer at least twenty-one days prior thereto (i.e., by November 12, 2007) to develop a proposed discovery plan.

3. Fed.R.Civ.P., Rule 4(m), provides that service may be made on a defendant within 120 days of the filing of a complaint. In this case, the application of Rule 4(m) means that Defendant may be served by February 7, 2008.

4. A Notice of Lawsuit and Request for Waiver of Service of Summons was sent via U.S. Mail to C T Corporation System as agent for service of process on October 30, 2007. To date defendant has not acknowledged receipt. Accordingly, plaintiffs are now moving forward with formal service of process.

5. As counsel for Defendant has not yet entered an appearance or otherwise been identified to Plaintiffs' counsel, it is not possible for Plaintiffs' counsel to confer with Defendant's counsel at this point.

WHEREFORE, Plaintiffs respectfully request that the Court's October 10, 2007 Order be modified to permit Plaintiffs' counsel to confer with Defendant's counsel within ten (10) days

///

///

///

///

///

///

///

following submission of an Entry of Appearance or some other form of self-identification by Defendant's counsel, and to submit a joint proposed scheduling order to the Court within ten (10) days thereafter.

Dated: October 10, 2007              Respectfully submitted,

KERSHAW, CUTTER & RATINOFF, LLP


By     /s/
       C. BROOKS CUTTER
       KERSHAW, CUTTER & RATINOFF
       980 9th Street, 19th Floor
       Sacramento, California 95814
       Telephone: (916) 448-9800
       Facsimile: (916) 669-4499

       MARK L. BROWN
       THE LAKIN LAW FIRM
       300 Evans Avenue
       P.O. Box 229
       Wood River, IL 62095
       Telephone: (618) 254-1127
       Facsimile: (618) 254-0193

       Attorneys for Plaintiffs

   IT IS SO ORDERED.  **The Scheduling Conference is continued to January 28, 2008 at 2:00 p.m.**

   Dated:  November 13, 2007

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE