GREGORY R. OXFORD (S.B. #62333)
      goxford@icclawfirm.com
ISAACS CLOUSE CROSE & OXFORD LLP
21515 Hawthorne Boulevard, Suite 950
Torrance, California 90503
Telephone:    (310) 316-1990
Facsimile:     (310) 316-1330

Attorneys for Defendant
General Motors Corporation

## UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KELLY CASTILLO, NICHOLE BROWN, and BARBARA GLISSON, *Individually and on behalf of all others similarly situated*,<br><br>    Plaintiffs,<br><br>    v.<br><br>GENERAL MOTORS CORPORATION, DOES 1 through 50, inclusive,<br><br>    Defendants. | Case No. 2:07-CV-02142 WBS-GGH<br><br>**STIPULATION RE: HEARING AND BRIEFING SCHEDULE RE: PLAINTIFFS' MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT AND DEFENDANT'S MOTION TO DISMISS AND [~~PROPOSED~~] ORDER**<br><br>Current Hearing Date:  February 4, 2008<br>Proposed Hearing Date: March 17, 2008<br>Time:             2:00 p.m.<br>Courtroom 5<br>Hon. William B. Shubb |

WHEREAS, plaintiffs have filed a motion for leave to file a proposed First Amended Complaint and that motion is currently set for hearing on February 4, 2008;

WHEREAS, defendant General Motors Corporation ("GM") has filed a motion to dismiss plaintiffs' existing complaint and that motion, too, is currently set for hearing on February 4, 2008;

WHEREAS, the proposed First Amended Complaint does not substantively change the existing complaint except for adding individual claims by four additional plaintiffs and one additional state to plaintiffs' proposed class definition;

STIPULATION RE: HEARING AND BRIEFING SCHEDULE RE: PLAINTIFFS' MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT AND DEFENDANT'S MOTION TO DISMISS AND [PROPOSED] ORDER

1

2

WHEREAS, plaintiffs have requested that GM stipulate to an extension of their time to file opposition to GM's motion to dismiss and consent to the filing of the First Amended Complaint, and GM is willing to do so subject to the terms and conditions set forth below and to the Court's approval thereof;

IT IS HEREBY STIPULATED, by and between plaintiffs and GM, by and through their undersigned counsel of record, that the Court may enter its order as follows:

1.      Plaintiffs may file their First Amended Complaint;

2.      GM shall have until February 4, 2008 to file its motion to dismiss the First Amended Complaint, which may incorporate its existing motion to dismiss the claims of the original three plaintiffs and also address the claims made by the four new plaintiffs;

3.      Plaintiffs shall have until February 19, 2008 to file opposition to GM's motion to dismiss;

4.      GM shall have until March 10, 2008 to file a reply to plaintiffs' opposition.

5.      GM's motion to dismiss shall be calendared for **March 31, 2008 at 2:00 p.m**.

DATED:  January 8, 2008                    C. BROOKS CUTTER
                                            KERSHAW, CUTTER & RATINOFF LLP


                                            MARK L. BROWN
                                            THE LAKIN LAW FIRM, P.C.

                                            By: /s/ Mark L. Brown
                                            Attorneys for Plaintiffs


                                            GREGORY R. OXFORD
                                            ISAACS CLOUSE CROSE & OXFORD LLP
DATED:  January 8, 2008

                                            By: /s/ Gregory R. Oxford
                                            Attorneys for Defendant
                                            General Motors Corporation

- 2 -

STIPULATION RE: HEARING AND BRIEFING SCHEDULE RE: PLAINTIFFS' MOTION FOR LEAVE TO FILE FIRST
AMENDED COMPLAINT AND DEFENDANT'S MOTION TO DISMISS AND [PROPOSED] ORDER

1    Good cause appearing therefor, IT IS SO ORDERED.

2

3    Dated:   January 9, 2008

4

5                                    WILLIAM B. SHUBB
                                     UNITED STATES DISTRICT JUDGE
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION RE: HEARING AND BRIEFING SCHEDULE RE: PLAINTIFFS' MOTION FOR LEAVE TO FILE FIRST
AMENDED COMPLAINT AND DEFENDANT'S MOTION TO DISMISS AND [PROPOSED] ORDER