1  C. Brooks Cutter, SBN 121407
   KERSHAW CUTTER & RATINOFF LLP
2  401 Watt Avenue
   Sacramento, California 95864
3  Telephone:  (916) 448-9800
   Facsimile:  (916) 669-4499
4

5  Mark L. Brown
   THE LAKIN LAW FIRM
6  300 Evans Avenue
   P.O. Box 229
7  Wood River, IL  62095
   Telephone:  (618) 254-1127
8  Facsimile:  (618) 254-0193

9
   Attorney for Plaintiffs
10

11                       UNITED STATES DISTRICT COURT

12                      EASTERN DISTRICT OF CALIFORNIA

13

14 | KELLY CASTILLO, NICHOLE BROWN, | CASE NO. 2:07-CV-02142-WBS-GGH |
   | and BARBARA GLISSON, *Individually* |  |
15 | *and on behalf of all others similarly* | **STIPULATION TO CONTINUE HEARING** |
   | *situated*, | **RE: DEFENDANT'S MOTION TO DISMISS** |
16 | Plaintiffs, | **FIRST AMENDED COMPLAINT** |
17 | v. | **Current Hearing Date:   March 31, 2008** |
   |  | **Proposed Hearing Date:  April 14, 2008** |
18 | GENERAL MOTORS CORPORATION, | **Time:                           2:00 p.m.** |
   | DOES 1 through 50, inclusive, | **Courtroom:                  5** |
19 |  | **Hon. William B. Shubb** |
20 | Defendants. |  |

21

22

23       WHEREAS defendants have filed a Motion to Dismiss First Amended Complaint and that

24 motion is currently set for hearing on March 31, 2008, at 2:00 p.m. in Courtroom 5 of this Court;

25       WHEREAS plaintiffs' counsel, C. Brooks Cutter has a conflict and will be out of the

26 office and unavailable to attend the hearing and all parties have agreed on a mutually convenient

27 date for the continuation of the hearing;

28

                                        -1-

          STIPULATION AND ORDER TO CONTINUE HEARING ON MOTION TO DISMISS

1    IT IS HEREBY STIPULATED, by and between plaintiffs and defendants, by and through

2    their undersigned counsel of record that the Court may enter its order as follows:

3        1.    The hearing for defendants' Motion to Dismiss First Amended Complaint shall be

4    continued to April 14, 2008, at 2:00 p.m. in Department 5 of this Court.

5

6    Dated: February 27, 2008          Respectfully submitted,

7                                       KERSHAW, CUTTER & RATINOFF, LLP

8

9                                       By:  _____[C. Brooks Cutter]_____
                                             C. BROOKS CUTTER
10                                            KERSHAW, CUTTER & RATINOFF
                                              980 9th Street, 19th Floor
11                                            Sacramento, California 95814
                                              Telephone:  (916) 448-9800
12                                            Facsimile:  (916) 669-4499

13                                            MARK L. BROWN
14                                            THE LAKIN LAW FIRM
                                              300 Evans Avenue
15                                            P.O. Box 229
                                              Wood River, IL  62095
16                                            Telephone:  (618) 254-1127
                                              Facsimile:  (618) 254-0193
17

18                                            Attorneys for Plaintiffs
     ///
19
     ///
20
     ///
21
     ///
22
     ///
23
     ///
24
     ///
25
     ///
26
     ///
27
     ///
28
                                            -2-

STIPULATION AND ORDER TO CONTINUE HEARING ON MOTION TO DISMISS

1

2   Dated:  February 27, 2008                    ISAACS CLOUSE CROSE & OXFORD, LLP

3

4                                          By:  _____[Gregory R. Oxford]_____
                                               GREGORY R. OXFORD
5                                              21515 Hawthorne Blvd., Suite 950
                                               Torrance, CA  90503
6                                              Telephone: (310) 316-1990
                                               Facsimile:  (310) 316-1330
7
                                               Attorneys for Defendants
8                                              GENERAL MOTORS CORPORATION

9

10          Good cause appearing therefore,

11          IT IS SO ORDERED.

12
     Dated:  February 28, 2008
13

14                                             WILLIAM B. SHUBB
                                               UNITED STATES DISTRICT JUDGE
15

16

17

18

19

20

21

22

23

24

25

26

27

28
                                          -3-
     STIPULATION AND ORDER TO CONTINUE HEARING ON MOTION TO DISMISS