| | |
|---|---|
| 1 | GREGORY R. OXFORD (State Bar No. 62333) |
| | ISAACS CLOUSE CROSE & OXFORD LLP |
| 2 | 21515 Hawthorne Blvd, Suite 950 |
| | Torrance, CA 90503 |
| 3 | Telephone: (310) 316-1990 |
| | Facsimile: (310) 316-1330 |
| 4 | |
| | Attorneys for Defendant |
| 5 | General Motors Corporation |

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KELLY CASTILLO, NICHOLE BROWN, and BARBARA GLISSON, *Individually and on behalf of all others similarly situated*, | Case No. 2:07-CV-02142 WBS-GGH |
| Plaintiffs, | **REVISED STIPULATION AND [PROPOSED] ORDER OF REFERRAL TO VOLUNTARY DISPUTE RESOLUTION PROGRAM** |
| v. | |
| GENERAL MOTORS CORPORATION, DOES 1 through 50, inclusive, | |
| Defendants. | |

Pursuant to Local Rule 16-271, Plaintiffs and Defendant General Motors Corporation ("GM") hereby agree to submit the above-entitled action to the Voluntary Dispute Resolution Program, with the following additional stipulations and requests:

1. The parties have agreed to mediate this matter with the assistance of Honorable Eugene F. Lynch, former Designated Settlement Judge of the U.S. District Court for the Northern District of California and current JAMS mediator (hereinafter, "the Mediator"). The mediation is scheduled to take place on May 21, 2008.

2. The parties previously have made initial disclosures pursuant to Rule 26, in addition to which Plaintiffs have served written discovery, issued third party subpoenas, and sought deposition testimony from GM. In response to Plaintiffs' discovery requests

1  and in order to facilitate mediation, GM has provided certain disclosures to Plaintiffs'
2  counsel, has agreed to produce certain additional documents concerning the key factual
3  issues in this case and has agreed to produce one or more corporate representatives most
4  knowledgeable concerning those issues for deposition once these documents have been
5  gathered and produced.

6      3.    Pursuant to the Court's prior orders, GM's Motion to Dismiss Plaintiffs'
7  First Amended Complaint has been fully briefed and is presently set for hearing on
8  April 14, 2008 at 2:00 p.m.  As a result of this briefing, counsel for the parties have
9  become very familiar with the legal issues in this case.  This case is ripe for mediation for
10 the additional reason that counsel also are very familiar with the factual issues in this case
11 and have targeted the discovery activities described above to further enhance and/or
12 confirm their understanding of certain facts.  In aid of mediation, and as requested by the
13 Court, GM and Plaintiffs hereby agree that the hearing on GM's motion and the motion be
14 vacated and removed from the Court's calendar, without prejudice to GM's right to re-file
15 and re-notice the motion for hearing based on the existing briefing within twenty days of
16 the termination of mediation efforts by the Mediator and without requiring GM to make
17 any other response to the First Amended Complaint until such twenty day period shall
18 have expired.

19     4.    This stipulation does not otherwise propose any alteration of the Court's
20 previous scheduling order, as to either class certification or trial.  The parties and their
21 counsel believe that the relief requested herein may preserve judicial resources, decrease
22 the cost of litigation, and avoid unnecessary delay.

23 DATED:  March 31, 2008        ROBERT W. SCHMIEDER II
                                            MARK L. BROWN
24                                             THE LAKIN LAW FIRM, P.C.

25                                             C. BROOKS CUTTER
                                            KERSHAW, CUTTER & RATINOFF LLP
26

27                                             By: _____
                                                  C. Brooks Cutter
28                                             Attorneys for Plaintiffs

1  DATED: March 31, 2008
                                    GREGORY R. OXFORD
2                                   ISAACS CLOUSE CROSE & OXFORD LLP

3
                                    By: _____
4                                        Gregory R. Oxford
                                    Attorneys for Defendant
5                                   General Motors Corporation

6

7       Good cause appearing, **IT IS ORDERED** as follows:

8       1.   This matter is referred to mediation before the Honorable Eugene F.
9  Lynch, United States District Judge (Ret.) pursuant to Local Rule 16-271.

10      2.   The hearing on GM's Motion To Dismiss and the Motion are vacated
11 and removed from the Court's April 14, 2008 calendar, without prejudice to GM's right to
12 re-file and re-notice the motion for hearing based on the existing briefing within twenty
13 days of the termination of mediation efforts by the Mediator and without requiring GM to
14 make any other response to the First Amended Complaint until such twenty day period
15 shall have expired absent further order of the Court.

16      3.   The parties shall jointly advise the Court of the status of this matter
17 no later than 30 days following the May 21, 2008 mediation conference.

18 Dated: April 1, 2008

19
                            WILLIAM B. SHUBB
20                          UNITED STATES DISTRICT JUDGE