C. Brooks Cutter, SBN, 121407
KERSHAW CUTTER & RATINOFF LLP
401 Watt Avenue
Sacramento, California 95864
Telephone:  (916) 448-9800
Facsimile:   (916) 669-4499

Robert W. Schmieder II (admitted *pro hac vice*)
Mark L. Brown (admitted *pro hac vice*)
THE LAKIN LAW FIRM, P.C.
300 Evans Avenue
P.O. Box 229
Wood River, Illinois 62095
Telephone:  (618) 254-1127
Facsimile:   (618) 254-0193

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KELLY CASTILLO, NICHOLE BROWN, BRENDA ALEXIS DIGIANDOMENICO, VALERIE EVANS, BARBARA GLISSON, STANLEY OZAROWSKI, and DONNA SANTI, *Individually and on behalf of all others similarly situated,*<br><br>     Plaintiffs,<br><br>v.<br><br>GENERAL MOTORS CORPORATION,<br><br>     Defendants. | Case No.: 2:07-CV-02142 WBS-GGH<br><br>**PARTIES' JOINT MEMORANDUM REGARDING RESULTS OF MEDIATION** |

The parties jointly advise the Court of the results of their successful May 21, 2008 mediation as follows:

1.     On March 31, 2008, the parties jointly requested referral to the Voluntary Dispute Resolution Program, advising the Court that they had agreed to mediate on May 21, 2008 before

JOINT MEMORANDUM REGARDING MEDIATION RESULTS - 1

the Honorable Eugene F. Lynch, U.S. District Court Judge (Retired).  The Court issued its Order referring the parties to VDRP on April 1, 2008.

      2.      Prior to the mediation on May 21, 2008, counsel for Plaintiffs served GM with extensive written discovery requests, thoroughly analyzed thousands of pages of documents produced by GM, deposed two current GM executives familiar with the facts at issue, subpoenaed two of GM's third-party vendors involved in manufacturing and testing the Vti, reviewed thousands of pages of third-party documents, interviewed numerous potential testifying experts, and read numerous industry publications relating to the technology at issue.  These efforts placed counsel in a very good position to knowledgeably evaluate the merits of the case and to negotiate a fair and reasonable settlement.

      3.      A day before the parties were scheduled to travel to San Francisco for the mediation, they were notified that Judge Lynch had become unavailable due to the death of a close friend.  In order to remain in compliance with this Court's schedule, the parties agreed to proceed on May 21 with the Honorable Ronald M. Sabraw, former complex litigation judge of Alameda County, California, as mediator.

      4.      During a mediation session that lasted from approximately 9 a.m. until approximately 10:30 p.m., the parties reached an agreement regarding substantial relief to the Class, and the parties executed a term sheet relating thereto.  The term sheet provided that GM would pay class representative incentive awards and attorneys' fees in addition to and separately from (i.e., without diminishing) the substantial negotiated relief to the Class.  After agreeing upon the Class relief, the parties began negotiating and ultimately agreed on the amount of the incentive awards to be paid to the Class Representatives.

      5.      Although the parties did not reach agreement regarding payment of attorneys' fees on May 21, they continued thereafter to negotiate and have now reached an agreement regarding that issue, subject of course to approval by the Court.

      6.      The parties are in the process of drafting a formal written settlement agreement and intend to submit to the Court a request for preliminary approval of the Settlement and conditional certification of the Settlement Class within the next thirty days.

Dated:  June 5, 2008                     Respectfully submitted,

THE LAKIN LAW FIRM, P.C.

/s/  Mark L. Brown
THE LAKIN LAW FIRM, P.C.
Robert W. Schmieder II (admitted *pro hac vice*)
Mark L. Brown (admitted *pro hac vice*)
300 Evans Avenue
P.O. Box 229
Wood River, Illinois 62095
Telephone:  (618) 254-1127
Facsimile:   (618) 254-0193

C. Brooks Cutter, SBN, 121407
KERSHAW CUTTER & RATINOFF LLP
401 Watt Avenue
Sacramento, California 95864
Telephone:  (916) 448-9800
Facsimile:   (916) 669-4499

ISAACS CLOUSE CROSE & OXFORD LLP

/s/  Gregory R. Oxford
ISAACS CLOUSE CROSE & OXFORD LLP
21515 Hawthorn Blvd., Suite 950
Torrance, California 90503
Telephone: (310) 316-1990
Facsimile: (310) 316-1330