1

Robert W. Schmieder II (admitted *pro hac vice*)
Mark L. Brown (admitted *pro hac vice*)

2

THE LAKIN LAW FIRM, P.C.
300 Evans Avenue

3

P.O. Box 229
Wood River, Illinois 62095

4

Telephone:  (618) 254-1127
Facsimile:  (618) 254-0193

5

6

C. Brooks Cutter, SBN, 121407
KERSHAW CUTTER & RATINOFF LLP
401 Watt Avenue

7

Sacramento, California 95864
Telephone:  (916) 448-9800

8

Facsimile:  (916) 669-4499

9

Attorneys for Plaintiffs

**FILED**

AUG **2 5** 2008

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

10

11

### UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF CALIFORNIA

12

13

14

15

KELLY CASTILLO, NICHOLE BROWN,
BRENDA ALEXIS DIGIANDOMENICO,
VALERIE EVANS, BARBARA GLISSON,
STANLEY OZAROWSKI, and DONNA
SANTI, *Individually and on behalf of all
others similarly situated,*

16

17

Plaintiffs,

18

19

v.

20

21

GENERAL MOTORS CORPORATION,

22

23

Defendants.

Case No.: 2:07-CV-02142 WBS-GGH

**STIPULATION TO FILE ADDENDUM TO
MOTION FOR PRELIMINARY APPROVAL
OF CLASS SETTLEMENT UNDER SEAL
PURSUANT TO PROTECTIVE ORDER [AND
~~PROPOSED~~ ORDER]**

**Judge:  Magistrate Judge Gregory G. Hollows**

24

25

26

27

28

Pursuant to the Protective Order dated April 29, 2008 and in support of their Stipulation

to File Addendum to Motion for Preliminary Approval of Class Settlement Under Seal, the

parties state as follows:

1.    Plaintiffs intend to file a Motion for Preliminary Approval of Class Settlement

- 1 -        STIPULATION TO FILE ADDENDUM UNDER SEAL

1  this week;

2  2.    In support of that motion, Plaintiffs desire to submit specific information

3  designated as Confidential under the Protective Order to the Court;

4  3.    The specific information in the Addendum summarizes internal GM confidential

5  documents and deposition testimony involving, among other things, the proprietary

6  development, testing, and design of the VTi transmission, produced by GM in this litigation to

7  Plaintiffs based on the understanding and agreement of the parties that they would be kept

8  confidential;

9  4.    The engineering specifications, design drawings and parts specifications for the

10  VTi transmission, related technology, and testing methodology are information from GM and

11  its suppliers that GM considers to be proprietary and the disclosure of which GM believes

12  would lead to a competitive disadvantage and loss of substantial investment.  For example, the

13  type of testing GM does on its transmissions, the test procedures themselves and evaluation

14  protocols of those tests are highly confidential business information to which there is very

15  restricted access even inside GM.  If such information were to be obtained by competitors, it

16  could be very damaging to GM.

17  5.    Plaintiffs and Defendant stipulate to filing the Addendum under seal.

18  WHEREFORE, it is hereby stipulated by and between Plaintiffs and Defendants, by and

19  through their undersigned counsel, that the Court may enter its order permitting the filing of the

20  Addendum under seal.

- 2 -            STIPULATION TO FILE ADDENDUM UNDER SEAL

Dated: July 21, 2008

Respectfully submitted,

THE LAKIN LAW FIRM, P.C.

/s/  Robert W. Schmieder II
THE LAKIN LAW FIRM, P.C.
Robert W. Schmieder II (admitted *pro hac vice*)
Mark L. Brown (admitted *pro hac vice*)
300 Evans Avenue
P.O. Box 229
Wood River, Illinois 62095
Telephone:  (618) 254-1127
Facsimile:   (618) 254-0193

C. Brooks Cutter, SBN, 121407
KERSHAW CUTTER & RATINOFF LLP
401 Watt Avenue
Sacramento, California 95864
Telephone:  (916) 448-9800
Facsimile:   (916) 669-4499
Attorneys for Plaintiffs

/s/  Gregory R. Oxford (as authorized on 7/21/08)
ISAACS CLOUSE CROSE & OXFORD LLP
21515 Hawthorne Boulevard, Suite 950
Torrance, California 90503
Telephone:  (310) 316-1990
Facsimile:   (310) 316-1330
Attorneys for Defendant
General Motors Corporation

## ORDER

Good cause appearing therefore, IT IS SO ORDERED.

Dated: July 25, 2008

GREGORY G. HOLLOWS
United States Magistrate Judge

- 3 –          STIPULATION TO FILE ADDENDUM UNDER SEAL