1  GREGORY R. OXFORD (State Bar No. 62333)
   ISAACS CLOUSE CROSE & OXFORD LLP
2  21515 Hawthorne Blvd, Suite 950
   Torrance, CA 90503
3  Telephone: (310) 316-1990
   Facsimile: (310) 316-1330
4
   Attorneys for Defendant
5  General Motors Corporation

6

7

8                   UNITED STATES DISTRICT COURT

9                   EASTERN DISTRICT OF CALIFORNIA

10

| 11 | KELLY CASTILLO, NICHOLE BROWN, and BARBARA GLISSON, *Individually and on behalf of all others similarly situated*, | Case No. 2:07-CV-02142 WBS-GGH |
|----|---|---|
| 12 | | **STIPULATION AND [PROPOSED] ORDER CONTINUING FAIRNESS HEARING** |
| 13 | Plaintiffs, | |
| 14 | | Current Date: February 17, 2009 |
| 15 | v. | ~~Proposed~~ Date: March 30, 2009 |
| 16 | GENERAL MOTORS CORPORATION, DOES 1 through 50, inclusive, | Time: 2:00 p.m. |
| 17 | Defendants. | |

18

19          **WHEREAS**, this Court previously entered its Memorandum and Order re:

20  Motion to Amend and Motion for Preliminary Approval of Class Action Settlement

21  ("Order") setting a Final Fairness Hearing on the Proposed Stipulation of Settlement for

22  February 17, 2009;

23          **WHEREAS**, the Stipulation of Settlement and its exhibits contemplated the

24  mailing of required notice to the Class within 90 days after the entry of this Court's

25  September 5, 2008 Order;

26          **WHEREAS**, the required class notice can only be mailed after R.L. Polk &

27  Co. ("Polk") obtains approval for the use of confidential mailing addresses for potential

28  class members from the motor vehicle registration authorities in all fifty states;

1. **WHEREAS**, as is not uncommon in such cases, Polk encountered delays in obtaining the necessary approvals from the motor vehicle registration authorities in five states, including California, and did not obtain approval from the last of these states until October 23, 2008;

2. **WHEREAS**, it will take approximately 60 days for Polk to actually obtain and process the mailing addresses and process the addresses through the National Postal Change of Address database and for GM to create the final mailing list, prepare mailing labels and stuff envelopes;

3. **WHEREAS**, GM is confident it can mail the notice to Class Members no later than January 9;

**IT IS HEREBY STIPULATED**, by and between plaintiffs and defendant, by and through their undersigned counsel, that the Court may issue its order as follows:

1. The Final Fairness Hearing shall be continued from February 17, 2009 to **<u>March 30, 2009 at 2:00 p.m.;</u>**

2. GM shall effectuate mailing of the Notice to Class Members no later than January 9, 2009; and

3. All other deadlines described in the Court's September 5, 2008 Preliminary Approval Order will remain in effect but will be calculated with reference to the amended Final Fairness Hearing date and the amended Class Notice date described herein.

DATED:  October 30, 2009         C. BROOKS CUTTER
                                 KERSHAW, CUTTER & RATINOFF LLP


                                 By: [s]_____
                                     C. Brooks Cutter
                                 Attorneys for Defendant
                                 General Motors Corporation

DATED:  October 30, 2009
                                 GREGORY R. OXFORD
                                 ISAACS CLOUSE CROSE & OXFORD LLP


                                 By: [s]_____
                                     Gregory R. Oxford
                                 Attorneys for Defendant
                                 General Motors Corporation

      Good cause appearing therefor, **IT IS SO ORDERED.**

DATED:  October 30, 2008

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE