Robert W. Schmieder II (admitted *pro hac vice*)
Mark L. Brown (admitted *pro hac vice*)
LAKINCHAPMAN LLC
300 Evans Avenue
P.O. Box 229
Wood River, Illinois 62095
Telephone:  (618) 254-1127
Facsimile:   (618) 254-0193

C. Brooks Cutter, SBN, 121407
KERSHAW CUTTER & RATINOFF LLP
401 Watt Avenue
Sacramento, California 95864
Telephone:  (916) 448-9800
Facsimile:   (916) 669-4499

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KELLY CASTILLO, NICHOLE BROWN, BRENDA ALEXIS DIGIANDOMENICO, VALERIE EVANS, BARBARA GLISSON, STANLEY OZAROWSKI, and DONNA SANTI, *Individually and on behalf of all others similarly situated,*<br><br>Plaintiffs,<br><br>v.<br><br>GENERAL MOTORS CORPORATION,<br><br>Defendants. | Case No.: 2:07-CV-02142 WBS-GGH<br><br>**STIPULATION REGARDING SUBSTITUTION OF CLASS COUNSEL [AND PROPOSED ORDER]**<br><br>**Judge:  Magistrate Judge Gregory G. Hollows** |

Class Counsel hereby respectfully request that this Court substitute LakinChapman LLC for The Lakin Law Firm, P.C. as class counsel.  The substitution of LakinChapman LLC will not affect the Class because, among other reasons, (1) the same lead attorneys primarily responsible for the prosecution of this class action (*i.e.*, Robert Schmieder and Mark Brown) are now attorneys at LakinChapman LLC and will retain their role as primary class counsel, (2) the Class

will continue to be represented by Brooks Cutter of Kershaw Cutter & Ratinoff LLP as local counsel; (3) none of the contact information for counsel has changed (*i.e.*, the mailing address, phone number(s), email address(es), and website information remain the same), and (4) the Class will receive additional notice after the Final Fairness Hearing.  GM consents to this request.

Dated:  January 22, 2009                                  Respectfully submitted,

LAKINCHAPMAN LLC


/s/  Robert W. Schmieder II
LAKINCHAPMAN LLC
Robert W. Schmieder II (admitted *pro hac vice*)
Mark L. Brown (admitted *pro hac vice*)
300 Evans Avenue
P.O. Box 229
Wood River, IL 62095-0229
Telephone:  (618) 254-1127
Facsimile:   (618) 254-0193

C. Brooks Cutter, SBN, 121407
KERSHAW CUTTER & RATINOFF LLP
401 Watt Avenue
Sacramento, California 95864
Telephone:  (916) 448-9800
Facsimile:   (916) 669-4499
Attorneys for Plaintiffs


## **ORDER**

Good cause appearing therefore, IT IS SO ORDERED.


Dated:  January ___, 2009            _____
                                     United States Magistrate Judge

Robert W. Schmieder II (admitted *pro hac vice*)
Mark L. Brown (admitted *pro hac vice*)
LAKINCHAPMAN LLC
300 Evans Avenue
P.O. Box 229
Wood River, Illinois 62095
Telephone:  (618) 254-1127
Facsimile:   (618) 254-0193

C. Brooks Cutter, SBN, 121407
KERSHAW CUTTER & RATINOFF LLP
401 Watt Avenue
Sacramento, California 95864
Telephone:  (916) 448-9800
Facsimile:   (916) 669-4499

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KELLY CASTILLO, NICHOLE BROWN, BRENDA ALEXIS DIGIANDOMENICO, VALERIE EVANS, BARBARA GLISSON, STANLEY OZAROWSKI, and DONNA SANTI, *Individually and on behalf of all others similarly situated*,<br><br>    Plaintiffs,<br><br>    v.<br><br>GENERAL MOTORS CORPORATION,<br><br>    Defendants. | Case No.: 2:07-CV-02142  WBS-GGH<br><br>**CERTIFICATE OF SERVICE** |

I hereby certify that on January 22, 2009, I electronically filed the Stipulation Regarding Class Counsel [and Proposed Order] with the Clerk of Court using the CM/ECF system, which will send notification of such filings(s) to the following:

    Gregory Oxford
    goxford@icclawfirm.com; arobinson@icclawfirm.com

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Respectfully submitted,

s/ Robert W. Schmieder II

LAKINCHAPMAN LLC
300 Evans Avenue
P.O. Box 229
Wood River, IL 62095-0229
Telephone:  (618) 254-1127
 Facsimile:   (618) 254-0193