GREGORY R. OXFORD (S.B. #62333)
ISAACS CLOUSE CROSE & OXFORD LLP
21515 Hawthorne Boulevard, Suite 950
Torrance, California 90503
Telephone:   (310) 316-1990
Facsimile:   (310) 316-1330

Attorneys for Defendant
General Motors Corporation

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KELLY CASTILLO, NICHOLE BROWN, and BARBARA GLISSON, *Individually and on behalf of all others similarly situated,*<br><br>                    Plaintiffs,<br>v.<br><br>GENERAL MOTORS CORPORATION,<br><br>                    Defendant. | Case No. 2:07-CV-02142 WBS-GGH<br><br>**STIPULATION AND [PROPOSED] ORDER RE SUBCLASS APPROVAL HEARING**<br><br>Current Hearing Date:   June 1, 2009<br>Time:                              2:00 p.m.<br><br>Proposed Hearing Date: August 3, 2009<br>Time:                              2:00 p.m. |

## RECITALS

1. The Final Approval Hearing regarding the Class Settlement was held on March 30, 2009, and on April 16, 2009 the Court entered its Final Judgment as to the Class and its Order re: Creation of Subclass, Approval of Subclass Notice, and Hearing on Approval of Subclass Settlement.

2. The Court's April 16, 2009 Order set the hearing on the parties' motion for approval of the settlement regarding the Subclass of persons who may not have received prior notice of the settlement (due to the programming error of R.L. Polk & Co.) for June 1, 2009 at 2:00 p.m.

3. GM subsequently learned that the third-party mailing company, Campbell-Ewald, will require more time than originally anticipated to effectuate notice to the Class and Subclass.

4. Under the terms of the Stipulation of Settlement, based on the April 16, 2009 entry of the Final Judgment and assuming an "Effective Date" of June 2, 2009, the Final Notice and Claim Forms will be mailed to Class Members on June 8, 2009.

5. To promote efficiency and avoid confusion among members of the Subclass, the parties stipulated and the Court has ordered that notice to the Subclass should be mailed at the same time that the Final Notice and Claim Forms are mailed to Class Members, *i.e.*, on June 8, 2009.

6. If Subclass Members, like Class Members, are to be given 45 days from the date notice is mailed to choose to exclude themselves from the Subclass or to object to the settlement, the June 1, 2009 hearing will need to be continued past approximately July 24 2009.

7. The next regularly scheduled motion day on the Court's calendar after July 24, 2009 is August 3, 2009.

## STIPULATION

Based on the above recitals, **IT IS HEREBY STIPULATED**, by and between Class Counsel and GM, by and through their undersigned counsel of record, that the Court may enter its order continuing the hearing on approval of the Subclass settlement from June 1, 2009 to August 3, 2009 at 2:00 p.m.

DATED: April 22, 2009

MARK BROWN
LAKIN CHAPMAN LLC

C. BROOKS CUTTER
KERSHAW, CUTTER & RATINOFF LLP

By: [s]_Mark L. Brown (with consent)_____
Attorneys for Plaintiffs
and the Class

DATED: April 22, 2009          GREGORY R. OXFORD
                               ISAACS CLOUSE CROSE & OXFORD LLP


                               By: [s]__Gregory R. Oxford_____
                                   Gregory R. Oxford
                               Attorneys for Defendant
                               General Motors Corporation


        Good cause appearing therefor, **IT IS SO ORDERED**

Dated: April 23, 2009

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE