GREGORY R. OXFORD (State Bar No. 62333)
ISAACS CLOUSE CROSE & OXFORD LLP
21515 Hawthorne Blvd, Suite 950
Torrance, CA 90503
Telephone:  (310) 316-1990
Facsimile:  (310) 316-1330

Attorneys for Defendant
General Motors Corporation

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KELLY CASTILLO, NICHOLE BROWN, and BARBARA GLISSON, *Individually and on behalf of all others similarly situated*,<br><br>Plaintiffs,<br><br>v.<br><br>GENERAL MOTORS CORPORATION, DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 2:07-CV-02142 WBS-GGH<br><br>**NOTICE OF BANKRUPTCY** |

TO ALL PARTIES AND THEIR COUNSEL AND TO THE ABOVE-ENTITLED COURT:

   PLEASE TAKE NOTICE that, on June 1, 2009, (the "Commencement Date"), General Motors Corporation and certain of its subsidiaries filed a voluntary petition seeking bankruptcy protection under chapter 11 of title 11 of the United States Code (11 U.S.C. § 101 *et seq.*) ("Bankruptcy Code") in the United States Bankruptcy Court for the Southern District of New York ("Bankruptcy Court").  The bankruptcy case has been assigned Case No. 09-50026 (REG).  A copy of GM's chapter 11 petition is attached hereto as Exhibit A.

1   PLEASE BE ADVISED that, as of the Commencement Date, any new or further
2   action against General Motors Corporation is stayed pursuant to section 362 of the
3   Bankruptcy Code (the "Automatic Stay"), which provides that the filing of the petition,
4   among other things, "operates as a stay, applicable to all entities, of …the commencement
5   or continuation, including the issuance or employment of process, of a judicial,
6   administrative, or other action or proceeding against the debtor that was or could have
7   been commenced before the commencement of the case under this title, or to recover a
8   claim against the debtor that arose before the commencement of the case under this title
9   …." and of "any act to obtain possession of property of the estate or of property from the
10  estate or to exercise control over property of the estate."  11 U.S.C. § 362(a)(1) &
11  362(a)(3).

12  PLEASE BE FURTHER ADVISED that any action taken against General Motors
13  Corporation without obtaining relief from the Automatic Stay from the Bankruptcy Court
14  may be void <u>ab initio</u> and may result in a finding of contempt against Plaintiffs.  General
15  Motors Corporation reserves and retains its statutory right to seek relief in the Bankruptcy
16  Court from any judgment, order, or ruling entered in violation of the Automatic Stay.

17  DATED:  June 15, 2009            GREGORY R. OXFORD
                                     ISAACS CLOUSE CROSE & OXFORD LLP
18

19                                   By: [s]_____
                                           Gregory R. Oxford
20                                   Attorneys for Defendant
                                     General Motors Corporation